# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Kent A. | 2. Court or Organization<br><br>Third Circuit Court of Appeals | 3. Date of Report<br><br>05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

844 N. King Street
Unit 10
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Execuitve Committee | Richard S. Rodney Inn of Court |
| 2. | Board Member | American Inns of Court |
| 3. | Board Member | Ministry of Caring |
| 4. | Board Member | Sacred Heart Village |
| 5. | Board Member | Sedona Conference Judicial Advisory Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Vanderbilt University - teaching | $8,955.00 |
| 2. 2013 | University of Pennsylvania School of Law - teaching | $10,000.00 |
| 3. 2013 | Vanderbilt University - teaching | $8,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Webster Dermatology - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University | 2/1-9/13 | Nashville, TN | teaching | food, lodging and transportation |
| 2. | Brigham Young University | 2/14-16/13 | Washington, DC | speaker at seminar | food, lodging and transportation |
| 3. | Pepperdine University | 3/13-15/13 | Malibu, CA | speaker at seminar | food, lodging and transportation |
| 4. | Dept of State and U.S. Patent Office | 3/22-31/13 | Bangkok, Thailand | speaker at seminar | food, lodging and transportation |
| 5. | The National Judicial College | 4/8/13 | Philadelphia, PA | attend seminar | food |
| 6. | Seattle University School of Law | 4/25-27/13 | Seattle, WA | speaker at seminar | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/13/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | American Inns of Court Foundation | 5/15-18/13 | New Orleans, LA | Spring Board Meeting | food, lodging and transportation |
| 8. | The Sedona Conference | 9/18-20/13 | Washington, DC | conference meeting | food, lodging and transportation |
| 9. | Vanderbilt University | 9/27-10/5/13 | Nashville, TN | teaching | food, lodging and transportation |
| 10. | American Inns of Court Foundation | 10/18-19/2/13 | Washington, DC | Fall Board meeting | food, lodging and transportation |
| 11. | Georgetown University | 10/21-22/13 | Washington, DC | judge moot court finals | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab U.S. Treasury Money Fund | A | Dividend | K | T | | | | | |
| 2. | | | | | Sold (part) | 07/19/13 | M | | |
| 3. Gateway Index Plus Fund | A | Dividend | | | Sold | 04/26/13 | K | B | |
| 4. Loomis Sayles Bond | A | Dividend | | | Sold | 07/11/13 | K | B | |
| 5. DWS High-Yield Fund | A | Dividend | | | Sold | 07/11/13 | K | B | |
| 6. Rydex Healthcare | | None | | | Sold | 07/11/13 | K | B | |
| 7. Rydex Inverse High Yield Strategy H | | None | | | Buy (add'l) | 02/14/13 | J | | |
| 8. | | | | | Sold | 07/11/13 | J | | |
| 9. Cohen & Steers Realty Shares | A | Dividend | | | Buy (add'l) | 06/28/13 | J | | |
| 10. | | | | | Sold | 07/11/13 | J | A | |
| 11. Rydex Leisure | | None | | | Sold | 07/11/13 | K | D | |
| 12. Franklin Utilities Series CI A | A | Dividend | J | T | | | | | |
| 13. Schwab U.S. Broad Market | A | Dividend | K | T | | | | | |
| 14. Rydex Transportation Fund | A | Dividend | | | Buy (add'l) | 02/01/13 | J | | |
| 15. | | | | | Sold (part) | 02/06/13 | J | B | |
| 16. | | | | | Sold | 07/11/13 | K | C | |
| 17. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 19. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. Capital One | A | Interest | M | T | | | | | |
| 21. IRA #1 - American Pension Services, Inc. (Opened) See Part VIII | | None | M | W | | | | | |
| 22. - Land Solutions Prtnrs East Meadows LLC | | | | | Buy | 07/18/13 | M | | |
| 23. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.21 Account Opened and purchase of VII.22 made on 7/18/14

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Kent A. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544